24

MIED (Rev.5/13) General Civil Complaint

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

v.  Herbent Studshll EL Plaintiff(s),

**Case:2:18-mc-50420**
**Judge: Murphy, Stephen J.**
**Filed: 03-12-2018 At 07:35 AM**
**CMP STUDSHLL VS. KING (ENJOINED FIL**
**ER)(DP)**

Jalita floyd King
Defendant(s).

_____/

## COMPLAINT

I.   <u>Defendant(s)</u>.   Print the full name for each defendant.   If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1.  Jalita Floyd King

2.  _____

3.  _____

4.  _____

5.  _____

II.  <u>Statement of claim</u>.   Briefly state the facts of your case.   Describe how each defendant is involved, and exactly what each defendant did, or failed to do.   Include names of any other persons involved, dates, and places.   You may use additional paper if necessary.

In the lawsuit

_____

_____

MIED (Rev.5/13) General Civil Complaint

III.   Relief.   Briefly state exactly what you want the court to do for you.

In the lawsuit

MED (Rev.5/13) General Civil Complaint

IV. <u>Additional Information</u>. – Briefly enter any additional information, you may use additional paper.

In the lawsuit

V. <u>Demand for Jury Trial</u>.  Check this box if you want your case to be decided by a jury, instead of a judge.

☒ Plaintiff demands a jury trial on all issues.

Dated: 3-9-2018

Herbet Studstill EC
Plaintiff's Signature

Herbert Studshill EC
Plaintiff's Printed Name

6296 Carnegie St
Street Address

Ramulus M; 48174
City, State, Zip Code

734-672-2649
Telephone Number

E-mail Address

| | |
|---|---|
| OAKWOOD ANNAPOLIS HOSPITAL | STUDSTILL,HERBERT JR. |
| 33155 Annapolis Rd | MRN: 07167477 |
| Wayne MI 48184-2405 | DOB: 10/24/1975, Sex: M |
| ED Legal Record | Adm: 5/21/2015, D/C: 5/22/2015 |

## ED Notes (continued)

**ED Notes by King, Jalita E, RN at 5/21/2015  6:54 PM (continued)**                                    Version 1 of 1

| | | |
|---|---|---|
| Author: King, Jalita E, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 5/21/2015 6:54 PM | Note Time: 5/21/2015 6:54 PM | Status: Signed |
| Editor: King, Jalita E, RN (Registered Nurse) | | |

Pt to holding bed 39. Report given to Tiffany RN.

Electronically signed by King, Jalita E, RN on 5/21/2015 6:54 PM

**ED Notes by King, Jalita E, RN at 5/21/2015  6:12 PM**                                    Version 1 of 1

| | | |
|---|---|---|
| Author: King, Jalita E, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 5/21/2015 6:13 PM | Note Time: 5/21/2015 6:12 PM | Status: Signed |
| Editor: King, Jalita E, RN (Registered Nurse) | | |

Pt is in green gown, belongings being locked up with security. Pt calm and cooperative.

Electronically signed by King, Jalita E, RN on 5/21/2015 6:13 PM

**ED Notes by King, Jalita E, RN at 5/21/2015  5:43 PM**                                    Version 2 of 2

| | | |
|---|---|---|
| Author: King, Jalita E, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 5/21/2015 5:45 PM | Note Time: 5/21/2015 5:43 PM | Status: Addendum |
| Editor: King, Jalita E, RN (Registered Nurse) | | |
| Related Notes: Original Note by King, Jalita E, RN (Registered Nurse) filed at 5/21/2015 5:44 PM | | |

Mother is petitioning pt stating that pt is driving around with illegal tags on his car, no license and insurance.
Mother also states that pt is accusing the police of illegal wrong doings when the patient is the one in the
wrong. Mother states that she would like her son to have a psychiatric evaluation. Pt given gown and instructed
to place clothing in patient belonging bag. Pt refusing to take off clothing at this time. Pt is currently a&ox3,
calm and cooperative. Respirations are even and unlabored, ksin is warm dry and intact. ND noted at this time.
Will continue to monitor.

Electronically signed by King, Jalita E, RN on 5/21/2015 5:45 PM

**ED Notes by King, Jalita E, RN at 5/21/2015  5:43 PM**                                    Version 1 of 2

| | | |
|---|---|---|
| Author: King, Jalita E, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 5/21/2015 5:44 PM | Note Time: 5/21/2015 5:43 PM | Status: Signed |
| Editor: King, Jalita E, RN (Registered Nurse) | | |
| Related Notes: Addendum by King, Jalita E, RN (Registered Nurse) filed at 5/21/2015 5:45 PM | | |

Mother is petitioning pt stating that pt is driving around with illegal tags on his car, no license and insurance.
Mother also states that pt is accusing the police of illegal wrong doings when the patient is the one in the
wrong. Mother states that she would like her son to have a psychiatric evaluation.

Electronically signed by King, Jalita E, RN on 5/21/2015 5:44 PM

( Evidence # 1 )

Ps 1

OAKWOOD ANNAPOLIS HOSPITAL
33155 Annapolis Rd
Wayne MI 48184-2405
ED Legal Record

STUDSTILL,HERBERT JR.
MRN: 07167477
DOB: 10/24/1975, Sex: M
Adm: 5/21/2015, D/C: 5/22/2015

**ED Provider Notes (continued)**

**ED Provider Notes by Murry, Glenn, PA-C at 5/21/2015 9:46 PM (continued)**                        Version 1 of 1

Number of Diagnoses or Management Options

Diagnosis management comments: Here with likely untreated schizophrenia - there is no injury - here with mother who has concern and is writer of petition - medical evaluation complete other than urine drug screen - although expressing disagreement he is cooperative and not a management problem

Amount and/or Complexity of Data Reviewed

Clinical lab tests: reviewed and ordered

Murry, Glenn, PA-C
05/21/15 2151

Mingo, Alfie E, MD
05/22/15 2125

Electronically signed by Mingo, Alfie E, MD on 5/22/2015 9:25 PM

**ED Provider Notes by Horling, Susan M, DO at 5/22/2015 3:03 AM**                        Version 2 of 2

Author: Horling, Susan M, DO        Service: Adm-Emergency Medicine    Author Type: Physician
Filed: 5/22/2015 7:40 PM            Note Time: 5/22/2015 3:03 AM       Status: Addendum
Editor: Horling, Susan M, DO (Physician)
Related Notes:    Original Note by Knauer, James A, PA-C (Physician Assistant) filed at 5/22/2015 6:41 AM

2200 case signed out to myself from g murry pa-c. Vss, no new complaints or problems.
0700 c ase signd out to m deller pa-c

Knauer, James A, PA-C
05/22/15 0641

I have personally seen & evaluated the patient. I find the patients history and physical exam are consistent with NP/PA documentation. I agree with the care provided, treatment rendered, disposition & follow up plan.

Horling, Susan M, DO
05/22/15 1940

Electronically signed by Horling, Susan M, DO on 5/22/2015 7:40 PM

**ED Provider Notes by Knauer, James A, PA-C at 5/22/2015 3:03 AM**                        Version 1 of 2

Generated by 066975 at 4/5/16 9:23 AM

CEVidENCE # 1

PS 2

United States District court

Herbert Studstill El

(Plaintiff, in proper person)

Vs.

Jalitika King

(Defendant)
33663 Beverly Rd
Romulus Mi. 48174
734-502-3802                    Lawsuit /petition

For invasion of privacy. Violation of my 14ᵗʰ amendment to the U.S. constitution of the United States. 1ᵗʰ amendment & 9ᵗʰ amendment rights also.

Jurisdiction is given to the United States district court on the following grounds (U.S. constitution article 3 & U.S. constitution amendment 7. (F.R.C.P. rule 7 (a) & rule 7(7).

### Brief summary of facts & law

On May 21, 2015 the defendant Jalitika King had me admitted against my will at Oakwood Annapolis hospital (evidence # 1) (pg 1) "mother is petitioning pt. stating pt. is driving around with illegal tags on his car, no license and insurance mother also states that pt. is accusing the police of illegal wrong doings when the patient is the one in the wrong. Mother states that she would like her son to have a psychiatric evaluation pt. given gown and instructed to place clothing in patient belonging bag. Pt. refusing to take off clothing at this time, pt. is currently calm and cooperative. Respirations are even unlabored, skin is warm dry and intact nd noted at this time will continue to monitor"

Let me state for this court record that at the time the defendant had me admitted. She is not and was not my legal guardian. Therefore she had no authority over me and my person affairs. I was and am a grown man of the age of 40 years old. Also that it's not or was not the defendant job to interpret neither law nor my actions. I am a private citizen of lawfully age and legal capacity to handle my affairs without the defendant assistance.

4 facts that construe invasion of privacy

(1)(Intrusion of solitude): physical of electronic intrusion into one's private quarters

(2) (public disclosure of private facts ;) the dissemination of truthful private informative which a reasonable person would find objectionable.

(3)(False light): the publication of facts whom though the facts themselves may not be defamatory.

(4)(Appropriation): the unauthorized use of a person's name or likeness to obtain some benefits.

The defendant acted with actual malice when she gave information about my private life. To the Michigan courts. The defendant information caused me to be admitted against my will for a mental examination. She gave information that she had no proof of concerning my actions with the police.

See law case (New York co v. Sullivan 376 U.S. 254 (1964) "actual malice" was defined as knowledge that the information was false or that it was published with reckless disregard"

Because of the defendant actions, I the plaintiff Herbert Studstill El suffered emotional distress and shame to my reputation. The defendant actions can be seen as an intention tort.

Invasion of privacy : a tort based in common law allowing an aggrieved party to bring a lawsuit against an individual who unlawfully intrudes into his or her private affairs, discloses his or her private information, publicizes him or her in a false light or appropriates his or her name for personal gain.

Intention tort is defined by law as "are any intentional acts that are reasonably foreseeable to cause harm to an individual and that do so. Intention torts have several subcategories: torts against the person include assaults, battery, false imprisonment intentional infliction of emotional distress and fraud although the latter is also an economic tort an intentional tort requires an overt act, some form of intent and causation"

The defendant also went on to carry on with her invasion of my privacy an intention tort. By testify against me on her own free will not by court order. In a state of Michigan 34ᵗʰ judicial district county of Wayne court hearing ( evidence # 1)( transcript dated December 2, 2015) On October 15, 2015 before a show cause hearing the defendant gave testimony against the plaintiff ( evidence # 1 pg 4 transcript) "the court is there any power do you have any power of attorney over him? Ms.floyd no I do not the court no? Ms. Floyd I've asked for outside guardianship because it would cause so much conflict between him and me if I he is totally against it so there's an outside person organization that may am trying to do it"

Let the court reflect on the fact the defendant openly admitted in court that she had neither reason nor power to act in my affairs. Her intention was to invade of my privacy and gain power over me.

(Evidence # 1 page 5 transcript) "The court did he was sent for a psychologogical did that ever occur? Ms.floyd: we went but he did not comply we got there locked up everything but then he would not allow them to search him. He said it was a violation of his civil rights to then we left but that's as far as I got with him. So what we're trying to do is get the third party involved to help with all of this I cannot it alone its its just total nonsense we I've talked and talked until I'm blue in the face he doesn't; listen to me so maybe these other people with the force of medication going to the doctor what have you that will help turn this situation around because he's not doing any of that. The court: how is the environment at home? Ms. Floyd he lives alone and we have managed with him doing that for years because he listened to us at that point, now he involved with these Moorish people. They take his money he has to pay to belong they have gotten him into all of this. He will not listen to us now. He doesn't' hear it but he still pays his rent and what have you like that"

Let the court again reflect on the point that the defendant openly testify against me with the intentional to invade my rights to privacy. By telling the court she wanted help to get control over me for no reason. She also admitted that I was handling my own affairs as a private citizen.

The defendant action in the court testimony caused me the plaintiff to be arrested for no reason. Accept that she wanted power of attorney over me. I spent a few weeks in jail because of her (defendant) actions.

Pg 3

Let the court take note of the following case law on the rights of invasion of privacy.

(1)Griswold v. Connecticut (1965)

(2) Roe v. wade (1973)

(3) Lawrence v. Texas (2003)

### Conclusion & remedy

I plaintiff Herbert Studstill El, am seeking a remedy of $250,000 U.S. dollars. From the defendant Jalika Floyd for invasion of privacy. Intentional infliction of emotional distress. I am also asking the court to put some type of injunction on the defendant to keep her out of my affairs.

Said and done by: Herbert Studstill El

STATE OF MICHIGAN

34TH JUDICIAL DISTRICT COURT COUNTY OF WAYNE

THE PEOPLE OF THE CITY OF ROMULUS,

v

District Court No. 15-1943;
1944; 1945

HERBERT STUDSTILL,

            Defendant.
_____

SHOW CAUSE HEARING

BEFORE THE HONORABLE ALAN HINDMAN, MAGISTRATE

Romulus, Michigan - October 15, 2015

APPEARANCES:

| | |
|---|---|
| For the People: | No one present |
| For the Defendant: | In Pro Per. |

| | |
|---|---|
| Recorded and transcribed by: | Michelle J.K. Buckberry, CER3601<br>Certified Electronic Recorder<br>(734) 941-4462 |

1

TABLE OF CONTENTS

PAGE

WITNESSES:   PEOPLE

None.


WITNESSES:   DEFENDANT

NONE.


EXHIBITS:                                    IDENTIFIED    ADMITTED

None.

2

1      Romulus, Michigan

2      Thursday, October 15, 2015 - 2:37 p.m.

3      THE COURT:  Mr. Studstill, did you read and sign

4      your Advice of Rights Form?

5      THE DEFENDANT:  No.  For the record, I'm making a

6      special appearance and I'm challenging the jurisdiction for

7      the record.

8      THE COURT:  You want the Court to do something and

9      the Court is asking you, did you read and sign your Advice

10     of Rights form?

11     THE DEFENDANT:  No.  I am here making a special

12     appearance.

13     THE COURT:  Again, I don't want to--listen--listen

14     to me.  You want me to do something for you and I'm asking

15     you, did you read and sign your Advice of Rights form?

16     THE DEFENDANT:  No.

17     THE COURT:  Then I'm gonna read them to you,

18     because when you walked into the door of this court house

19     you want to--the Court to grant your request, but you have

20     to abide by our rules.  Are you prepared for that this

21     afternoon?

22     THE DEFENDANT:  I'm challenging the jurisdiction--

23     THE COURT:  Are you prepared--

24     THE DEFENDANT:  --for the record.

25     THE COURT:  --for that this afternoon?

3

1     THE DEFENDANT:  I am ready.

2     THE COURT:  Okay.

3     Mom?

4     MS. FLOYD:  No verbal response.

5     THE COURT:  Have a seat at that table?

6     THE DEFENDANT:  This one?

7     THE COURT:  Yep.

8     I'm--your name for the record?

9     MS. FLOYD:  Jelica (phonetic) Floyd.

10    THE COURT:  I'm aware of the Defendant's

11    situation.

12    MS. FLOYD:  Uh huh.

13    THE COURT  Is there any power--do you have any

14    power of attorney over him?

15    MS. FLOYD:  No, I do not.

16    THE COURT:  No?

17    MS. FLOYD:  I've asked for outside guardianship,

18    because it would cause so much conflict between he and I if

19    I--he is totally against it.  So there's a outside person--

20    organization that may--is trying to do it.

21    THE COURT:  What's the state of union of Herbert

22    today?

23    MS. FLOYD:  The--his--

24    THE COURT:  Is he--

25    MS. FLOYD:  --position?

4

1    THE COURT:  Did he--he was sent for a--a

2    psychological.  Did that ever occur?

3    MS. FLOYD:  We went, but he did not comply.  We

4    got there, locked up everything, but then he would not allow

5    them to search him.  He said it was a violation of his civil

6    rights.  So then we left.  But that's as far as I got with

7    him.

8    So what we're trying to do is get the third party

9    involved to help with all of this.  I can not do it alone.

10   It--it's just total nonsense.  We--I've talked and talked

11   until I'm blue in the face.  He doesn't listen to me.  So

12   maybe these other people with the force of medication, going

13   to the doctor, what have you, that will help turn this

14   situation around, because he's not doing any of that.

15   THE COURT:  How is the environment at home?

16   MS. FLOYD:  He lives alone and we have managed

17   with him doing that for years because he listened to us at

18   that point.  Now he's involved with these Moorish people.

19   They take his money.  He has to pay to belong.  They have

20   gotten him into all of this.  He will not listen to us now.

21   He doesn't hear it.  But he still pays his rent and what

22   have you like that.  He does that, but--

23   THE COURT:  There's nobody but your mother

24   standing next to you today.  All these people that are

25   feeding you all this information, in my relationship with

5

1   you, they're never here.  The only people that you truly

2   can trust on the planet are always here for you.  All these

3   other people, they're never here with you.

4           So he's over on Carnegie?

5           MS. FLOYD:  Yes.

6           THE COURT:  See, when I said he walks into this

7   building, he--there's a whole bunch of stuff that goes along

8   with these six cases.

9           MS. FLOYD:  Yes, it is.

10          THE COURT:  And he wants to talk about rights.

11  Well, he--signing that Advice of Rights form or me going to

12  explain those rights to him in a minute, he's gonna be put

13  into that situation.

14          MS. FLOYD:  I understand that, but I think he's

15  just off on his binge of things.  He doesn't see the big

16  picture.  He just doesn't get it.

17          THE COURT:  How old is he?

18          MS. FLOYD:  How old are you, Herbert?

19          THE DEFENDANT:  Thirty-nine.

20          THE COURT:  Hold on a minute.

21          THE DEFENDANT:  It appears that the judge has left

22  the bench.

23          THE COURT:  All right, Herbert, step up.  Herbert,

24  you've been arraigned before Judge Green.  I'm not gonna--

25  she sent you for a competency exam.  Did you do that?

6

1     THE DEFENDANT:  Yes, and I'm challenging your

2  jurisdiction for the record.

3     THE COURT  Okay.  And I have there's no competency

4  in this file.  You're in what's called a show cause status,

5  that's for you to show cause why you didn't fulfill the

6  Judge's order.  Why didn't you go and take care of the

7  objectives that the Judge gave you by going in for a

8  competency exam?

9     THE DEFENDANT:  I am challenging the Court's

10  jurisdiction--

11     THE COURT:  Okay.

12     THE DEFENDANT:  --for the record.

13     THE COURT:  Okay.  Mr. Studstill, you have the

14  right to remain silent.  Anything you say orally and/or in

15  writing can be used against you in court.  You have the

16  right to a trial before a judge or before a jury.  You have

17  a right to bring forth witnesses to testify on your behalf.

18  Do you understand that?

19     THE DEFENDANT:  No verbal response.

20     THE COURT:  And the Prosecution has the right to

21  bring witnesses and put them under oath to testify against

22  you.  Do you understand that?

23     THE DEFENDANT:  Yes.

24     THE COURT:  So, with all that said, you did not

25  do what the Judge ordered, so what I'm gonna do on case

number 15-1943, your bond is five thousand dollars/ten

percent.  And I'm gonna order you--I'm gonna continue the

Judge's order for a competency exam.

Case number 15-1944, Interfere With a Police

Officer, I'm gonna order that you again for competency, per

Judge Green's order.  Your bond on that case is five

thousand dollars/ten percent.

Case number 15-1945, I'm gonna continue the

Judge's order for competency.  Your bond on that case is

five thousand dollars/ten percent.

And in the final case, Failed to Obey a Police--

no, second from the last--Failed to Obey, that's another

case that the Judge ordered competency.  I'm gonna continue

that order.  I'm gonna place you on a five thousand dollar/

ten percent bond.

And the final case, a Registration or Plate

Violation, and again the Judge ordered competency.  You

failed to do it.  I'm gonna order your bond on that case

five thousand dollars/ten percent.

So that totals twenty-five thousand dollars/ten

percent.  You're gonna be--there's gonna be a--the

competency order is gonna be forwarded to the Wayne County

Sheriff's Department, because you're gonna be in custody and

I think that's gonna make that competency exam happen.

You have a civil infraction that I'm just gonna

8

push out until the date--a Romulus date.

Michelle--matter of fact, you can just--it's at show cause now.  Give me a date.

COURT RECORDER:  I can't give you a date, because we don't know when the competency will be.

THE COURT:  I know, so I'll just leave it.

Mr. Studstill, I told you at the beginning of this, when you come into the building you have to abide by all of the rules that this body of the government operates under and so I know you had good intentions when you came in, but you're gonna be going that way today.

THE DEFENDANT:  What does that mean?

THE COURT:  You're gonna be taken into custody. This is serious.

I don't know what it is on your end with whoever feeds you your information that you get, but in my thirty plus years in this building I've never been able to understand this practice that floats around on the internet. I think it all boils down to money.  But, in my  thirty years every case similar to yours that the same verbiage is used, I never see the parties that present this whatever it is, these beliefs, are never present with the people at the other end.  You're gonna go off to jail and those people that gave you that information, they're gonna be sitting down tonight eating dinner somewhere and you're not gonna be

9

1    eating the same dinner they are or be in the same

2    atmosphere.  But I think the Court needs to get your

3    attention.  I think you need some medical attention and I

4    think that once you find and you get that medical attention,

5    life is gonna be a little bit easier to go and I think it's

6    gonna put some people under some less stress.

7         I can tell by the look on your mom's face that

8    this isn't happy, but we need to get your attention.

9    You're--you're listening to the wrong people.  I can tell

10   you personally that we had these cases all set to go a very

11   easy route, but you're focused on something that's the

12   opposite of that.  And with whoever is giving you this

13   information, they're not standing here today.

14        Go ahead and take him into custody.

15        And now listen, going into custody--

16        THE DEFENDANT:  And I am also challenging your

17   jurisdiction for the record.

18        THE COURT:  That--and I--I--it's--it--I'll take it

19   under advisement, but again, I read you your rights and I've

20   put you on notice that--that--bond is not a penalty.  Bond

21   is to guarantee that you fulfill the orders of the judges

22   that sit in this building and you failed to do so.

23        What she sent you for might have been two hours

24   out of your day and now you're turning it into this.

25        Go ahead, Tim.

10

1    THE DEFENDANT:  For the record I want to know what

2    my crime is.

3    OFFICER RAPP:  Come on, let's go.

4    THE COURT:  Case number 1942--real quick, Tim.

5    I'll tell him.

6    OFFICER RAPP:  Okay.

7    THE COURT:  1943 is Obstructing Justice; 1944 is

8    Interfere With a Police Officer; 1945 is Driving While

9    License Suspended; 1946 is Failed to Obey a Police Officer;

10   and the last one is a Registration or Plate Violation.

11   You're all set, go.

12   (At 2:51 a.m., proceedings concluded)

13

14

15

16

17

18

19

20

21

22

23

24

25

11

CERTIFICATE

STATE OF MICHIGAN)
                 )
COUNTY OF WAYNE  )

    I certify that this transcript consisting of 12 pages is a complete, true, and correct transcript of the proceedings and testimony taken in this case on October 15, 2015.


December 2, 2015

                         Michelle J.K. Buckberry, CER3601
Certified Electronic Recorder
11131 S. Wayne Road
Romulus, MI 48174
(734) 941-4462

12

JS 44  (Rev. 08/16)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Herbert Studshill EL

## DEFENDANTS
Jalita Floyd King

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [X] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | **PERSONAL INJURY** | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) |
| | | | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | | |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 896 Arbitration |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | [ ] 550 Civil Rights | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 555 Prison Condition | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | |

Additional OTHER STATUTES entries:
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
1, 9 and 14 a Jmendment
Brief description of cause:
Slander

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P

**DEMAND $** 250.000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
October 18, 2016

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG JUDGE_____

# PURSUANT TO LOCAL RULE 83.11

1.   Is this a case that has been previously dismissed?   ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.   Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____



From: Herbert Shelshill EL
6396 Carnegye St
Romulus Mi 48174

RECEIVED
MAR 12 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

To: United States District Court for
The Eastern District of Michigan
Clerk's office
Theodore Levin U.S courthouse
231 W Lafayette Blvd Room 564
Detroit Mi 48226

This packaging is the property of the U.S. Postal Service ® and is provided solely for use in sending Priority Mail ® shipments. Misuse may be a violation of federal law. This packaging is not for resale. © EP14F January 2006 USPS ALL RIGHTS RESERVED.

www.usps.com

We Deliver.

Retail

US POSTAGE PAID
**$6.70**

PRIORITY MAIL 1-Day ®

Expected Delivery Day: 03/10/2018

USPS TRACKING NUMBER

9505 5107 4227 8068 1050 74

no postmark - OP 3/12/18